JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA WAREKA p/k/a TAMARA WILLAMS<br><br>Plaintiff,<br><br>v.<br><br>QUEEN B MAKEUP CORP. d/b/a BOSSO MAKEUP BEVERLY HILLS and DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:23-cv-10456-JLS<br><br>**JUDGMENT** |

The Court, having granted Plaintiff Tamara Wareka p/k/a Tamara Williams' ("Plaintiff") Motion for Entry of Default Judgment ("Motion") ([Doc. 22) against Defendant Queen B Makeup Corp. d/b/a Bosso Makeup Beverly Hills ("Defendant"), it is hereby **ORDERED, ADJUDGED, and DECREED as follows:** Judgment is hereby entered in favor of Plaintiff and against Defendant in the amount of $25,000, plus attorneys' fees in the amount of $2100. Plaintiff may apply to tax costs pursuant to FRCP 54 and Local Rule 54-2.

Date: October 9, 2024

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE